IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Criminal Case No. 14-cr-00444-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  KEVIN WASHINGTON,

    Defendant.

_____

**PRELIMINARY ORDER OF FORFEITURE**
_____

    This matter comes before the Court on the United States' Motion for Preliminary Order of Forfeiture [Docket No. 24].  The Court having read said motion and being fully advised in the premises finds:

    1.    On March 27, 2015, the United States and the defendant, Kevin Washington, entered into a Plea Agreement [Docket No. 21] which provides a factual basis and cause to issue a forfeiture order under 21 U.S.C. § 853 and Rule 32.2 of the Federal Rules of Criminal Procedure.

    2.    The government has established the requisite nexus between the property and the offense.

    3.    Prior to the disposition of the assets, the United States or its designated sub-custodian is required to seize the forfeited property and provide notice to third parties pursuant to 21 U.S.C. § 853(n).

    Therefore, it is

**ORDERED** that defendant's interest in the following property:

    2001 Cadillac Deville 1G6KD54Y01U207088

is forfeited to the United States in accordance with 21 U.S.C. § 853.  Pursuant to Federal Rule of Criminal Procedure 32.2(b)(4), this Preliminary Order of Forfeiture shall become final as to the defendant at the time of sentencing and shall be made part of the sentence and included in the judgment.  It is further

**ORDERED** that the United States is directed to seize the property subject to forfeiture and to make its return as provided by law.  It is further

**ORDERED** that the United States shall publish notice of this Preliminary Order of Forfeiture in accordance with 21 U.S.C. § 853(n) on an official government website for at least 30 consecutive days, stating that all persons claiming an interest in the above-described property must file their claims within 30 days of the last date of publication and make its return to this Court that such action has been completed.  It is further

**ORDERED** that, upon adjudication of all third-party interests, if any, the Court will enter a Final Order of Forfeiture pursuant to 21 U.S.C. § 853 and Rule 32.2(c)(2) of the Federal Rules of Criminal Procedure, in which all interests will be addressed.  The Court shall retain jurisdiction to enforce this Order and adjudicate the interests of all third parties in ancillary proceedings.  Fed. R. Civ. P. 32.2(c)(1).  It is further

**ORDERED** that this Preliminary Order of Forfeiture may be amended pursuant to Rule 32.2(e)(1) of the Federal Rules of Criminal Procedure.

DATED June 19, 2015.

                        BY THE COURT:

                        s/Philip A. Brimmer
                        PHILIP A. BRIMMER
                        United States District Judge